UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Barbara Shepard</u>

           v.           Civil No. 11-cv-65-JL

<u>Latva Machine, Inc.</u>

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 19, 2011, no objection having been filed.

SO ORDERED.

November 7, 2011          <u>***Joseph N. Laplante***</u>
                                        Joseph N. Laplante
                                        Chief Judge

cc:    Barbara Shepard, Pro se
       Mark T. Broth, Esq.