UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Barbara Shepard</u>

              v.                                   Civil No. 11-cv-65-JL

<u>Latva Machine, Inc.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 19, 2011, no objection having been filed.

SO ORDERED.


November 7, 2011                           ***<u>Joseph N. Laplante</u>***
                                                  Joseph N. Laplante
                                                  Chief Judge


cc:    Barbara Shepard, Pro se
       Mark T. Broth, Esq.